#149945

O R I G I N A L

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-11055(M) |
| | ) | |
| ANGELICA P. EMERICK, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge: Pat E. Morgenstern-Clarren |

## TRANSMITTAL OF UNCLAIMED FUNDS

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

#116

Claim No. 7          CLC Consumer Services          $219.74
                     Servicing Agent for Capital One
                     2730 Liberty Avenue
                     Pittsburgh, PA 15222

2. Your trustee's check for $219.74 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 12, 2010

_____
Marvin A. Sicherman, Trustee

cc: United States Trustee